IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LUCAS PARRISH, et al., | ) | CIVIL NO. 17-00518 JAO-WRP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| vs. | ) | RECOMMENDATION TO GRANT |
| | ) | JOINT PETITION FOR GOOD FAITH |
| JCI JONES CHEMICALS, INC., et al., | ) | SETTLEMENT DETERMINATION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT JOINT PETITION FOR GOOD FAITH SETTLEMENT DETERMINATION

Findings and Recommendation having been filed and served on all parties on March 30, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Joint Petition for Good Faith Settlement Determination," ECF No. 178, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:     Honolulu, Hawai'i, April 20, 2020.



Jill A. Otake
United States District Judge